UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:15-cv-993

Name of party requesting extension: Pherah and International Business Machines

Is this the first application for extension of time in this case?   ☑ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 12/01/2015

Number of days requested:   ☐ 30 days
   ☐ 15 days
   ☑ Other  60  days

New Deadline Date: 02/22/2016   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Papool Subhash Chaudhari

State Bar No.: 24076978

Firm Name: Chaudhari Law, PLLC

Address: PO Box 1863
       Wylie, TX 75098

Phone: (214) 702-1150

Fax:  (214) 705-3775

Email: papool@chaudharilaw.com

A certificate of conference does not need to be filed with this unopposed application.