IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PHERAH LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>    Defendant. | **CIVIL ACTION NO 6:15-cv-993-JRG**<br><br>**JURY TRIAL DEMANDED** |

## **ORDER**

Before this Court is Plaintiff Pherah LLC and Defendant International Business Machines Corporation's Joint Motion for Extension of Time to Answer Complaint. (Dkt. No. 5). Finding the motion to be well-taken, the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that Defendant's deadline to answer the complaint is hereby extended by 60 days to February 22, 2016. However, any further extensions, must be supported by clearly established good cause shown, which is not met by a mere showing of agreement between the parties.

**So ORDERED and SIGNED this 17th day of December, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE