IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PHERAH LLC,**<br><br>  Plaintiff,<br><br> v.<br><br>**ZOHO CORPORATION,**<br><br>  Defendant. | **CIVIL ACTION NO 6:15-cv-961-JRG (consolidated for pre-trial)**<br><br>**JURY TRIAL DEMANDED** |
| **PHERAH LLC,**<br><br>  Plaintiff,<br><br> v.<br><br>**INTERNATIONAL BUSINESS MACHINES CORPORATION,**<br><br>  Defendant. | **CIVIL ACTION NO 6:15-cv-993-JRG**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Pherah LLC ("Plaintiff") and Defendant International Business Machines Corporation ("IBM") announced to the Court that they have resolved Plaintiff's claims for relief against IBM asserted in this case.  Plaintiff therefore requests that the Court dismiss Plaintiff's claims for relief against IBM with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against International Business Machines Corporation (6:15-cv-993-JRG) are dismissed with prejudice.  IT IS

[2]

FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

The Clerk is **ORDERED** to terminate IBM in lead case 6:15-cv-961. The Clerk is directed to **CLOSE** member case 6:15-cv-993. Any and all motions between Plaintiff and IBM in this lead case or member case which are presently unresolved are hereby terminated as **MOOT**.

**So ORDERED and SIGNED this 7th day of March, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE